# EXHIBIT "B"

Logans Pointe Plan 2011

| | Forecast | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Jan-11** | **Feb-11** | **Mar-11** | **Apr-11** | **May-11** | **Jun-11** | **Jul-11** | **Aug-11** | **Sep-11** | **Oct-11** | **Nov-11** | **Dec-11** | **FY 2011** |
| Gross Potential Rent | $153,412 | $148,810 | $146,880 | $146,880 | $146,880 | $146,880 | $149,818 | $149,818 | $149,818 | $149,818 | $149,818 | $149,818 | $1,788,647 |
| Loss to Vacancy | $32,216 | $28,274 | $24,970 | $23,501 | $22,032 | $20,563 | $17,978 | $14,982 | $16,480 | $17,978 | $20,974 | $20,974 | $260,923 |
| Discounts/Concessions | $19,944 | $19,345 | $17,626 | $16,157 | $14,688 | $13,219 | $11,985 | $10,487 | $10,487 | $10,487 | $11,985 | $13,484 | $169,894 |
| Net Delinquency | $4,602 | $4,464 | $3,672 | $3,672 | $3,672 | $2,938 | $2,247 | $2,247 | $2,247 | $2,247 | $2,247 | $2,247 | $36,504 |
| Net Prepaid/ Rental Income | -$767 | -$744 | -$367 | -$367 | -$367 | -$367 | -$375 | -$375 | -$375 | -$375 | -$375 | -$375 | -$5,227 |
| | $97,417 | $97,470 | $100,980 | $103,918 | $106,855 | $110,527 | $117,981 | $122,476 | $120,978 | $119,480 | $114,985 | $113,487 | $1,326,553 |
| | $10,739 | $10,417 | $10,282 | $10,282 | $10,282 | $10,282 | $10,487 | $10,487 | $10,487 | $10,487 | $10,487 | $10,487 | $125,205 |
| | $108,155 | $107,887 | $111,262 | $114,199 | $117,137 | $120,809 | $128,469 | $132,963 | $131,465 | $129,967 | $125,472 | $123,974 | $1,451,758 |
| | 79.0% | 81.0% | 83.0% | 84.0% | 85.0% | 86.0% | 88.0% | 90.0% | 89.0% | 88.0% | 86.0% | 86.0% | 86.0% |
| | 63.5% | 65.5% | 68.8% | 70.8% | 72.8% | 75.3% | 78.8% | 81.8% | 80.8% | 79.8% | 76.8% | 75.8% | 75.8% |
| | | | | | | | | | | | | | |
| Payroll Expense | $17,636 | $17,636 | $17,636 | $26,250 | $17,636 | $17,636 | $17,636 | $17,636 | $17,636 | $26,250 | $17,636 | $17,989 | $229,213 |
| General and Administrative | $10,146 | $11,000 | $11,500 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $12,000 | $140,646 |
| Maintenance and Repairs | $3,516 | $7,792 | $8,511 | $9,238 | $10,106 | $11,009 | $12,096 | $8,895 | $9,664 | $9,931 | $10,134 | $10,262 | $111,155 |
| Make Ready | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $8,000 | $101,000 |
| Marketing & Advertising | $2,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $35,000 |
| Utilities | $15,124 | $15,124 | $15,124 | $16,637 | $16,637 | $16,637 | $16,637 | $16,637 | $16,637 | $16,637 | $16,637 | $16,637 | $195,101 |
| Fees and Licenses | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,072 | $0 | $0 | $0 | $0 | $2,072 |
| Insurance | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $9,048 | $108,576 |
| Taxes | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $15,717 | $188,604 |
| | $82,187 | $88,317 | $89,536 | $100,889 | $93,143 | $93,047 | $94,133 | $93,005 | $91,701 | $100,583 | $92,172 | $92,652 | $1,111,366 |
| | $25,968 | $19,570 | $21,726 | $13,310 | $23,993 | $27,762 | $34,335 | $39,958 | $39,764 | $29,384 | $33,301 | $31,322 | $340,392 |
| | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | |
| Mortgage Secured Payments | $42,485 | $42,485 | $42,485 | $16,875 | $16,875 | $16,875 | $16,875 | $16,875 | $16,875 | $16,875 | $16,875 | $16,875 | $279,329 |
| Unsecured Payments | | | | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $25,200 |
| Extraordinary Expenses | $3,500 | $3,500 | $4,500 | $4,500 | $4,500 | $85,500 | $5,500 | $5,500 | $5,500 | $4,500 | $4,500 | $3,500 | $135,000 |
| Vacant Make Readies | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cap Ex Escrow | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,400 | $6,400 | $6,400 | $6,400 | $25,600 |
| Other Taxes | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | $45,985 | $45,985 | $46,985 | $24,175 | $24,175 | $105,175 | $25,175 | $25,175 | $31,575 | $30,575 | $30,575 | $29,575 | $465,129 |
| | $136 | $12,262 | $116,064 | $112,375 | $100,882 | -$60,615 | -$25,175 | -$25,175 | -$31,575 | -$30,575 | -$30,575 | -$29,575 | $108,455 |
| | -$20,016 | -$26,415 | -$25,259 | -$10,865 | -$182 | -$77,413 | $9,160 | $14,783 | $8,189 | -$1,191 | $2,726 | $1,747 | -$124,737 |
| | | | | | | | | | | | | | |
| | $46,121 | $58,247 | $163,049 | $136,550 | $125,057 | $44,560 | $0 | $0 | $0 | $0 | $0 | $0 | $573,584 |

Logans Pointe Plan 2011

|  | Forecast | | | |
|---|---|---|---|---|
|  | FY 2012 | FY 2013 | FY 2014 | FY 2015 |
| **Revenues** | | | | |
| **Rental Revenue** | | | | |
| Gross Potential Rent | $1,831,571 | $1,886,608 | $1,924,340 | $1,962,827 |
| Loss to Vacancy | $223,985 | $221,405 | $224,222 | $228,706 |
| Discounts/Concessions | $127,940 | $108,395 | $94,447 | $75,161 |
| Net Delinquency | $27,474 | $28,299 | $28,865 | $29,442 |
| Net Prepaid/ Rental Income | -$4,579 | -$4,717 | -$4,811 | -$4,907 |
| **Net Rental Revenue** | $1,456,753 | $1,533,225 | $1,581,616 | $1,634,424 |
| **Other Revenue** | $128,210 | $132,063 | $134,704 | $137,398 |
| **Net Revenue** | $1,584,963 | $1,665,288 | $1,716,320 | $1,771,822 |
| **Physical Occupancy** | 86.0% | 86.0% | 86.0% | 86.0% |
| **Economic Occupancy** | 77.8% | 77.8% | 79.8% | 79.8% |
| **Expenses** | | | | |
| **Operating Expense** | | | | |
| Payroll Expense | $233,437 | $238,109 | $242,874 | $247,731 |
| General and Administrative | $144,000 | $144,000 | $144,000 | $144,000 |
| Maintenance and Repairs | $40,765 | $40,768 | $40,768 | $40,768 |
| Make Ready | $88,000 | $84,000 | $84,000 | $84,000 |
| Marketing & Advertising | $36,000 | $36,000 | $36,000 | $36,000 |
| Utilities | $206,444 | $215,519 | $224,593 | $233,668 |
| Fees and Licenses | $0 | $0 | $0 | $0 |
| Insurance | $114,005 | $119,434 | $124,862 | $124,862 |
| Taxes | $198,034 | $207,464 | $216,895 | $216,895 |
| **Total Operating Expense** | $1,060,685 | $1,085,293 | $1,113,992 | $1,127,924 |
| **Net Operating Income (NOI)** | $524,277 | $579,994 | $602,328 | $643,898 |
| **Capital Expenses** | $0 | $0 | $0 | $0 |
| **Other Income/Expense** | | | | |
| **Other Expense** | | | | |
| Mortgage Secured Payments | $246,296 | $260,895 | $260,895 | $260,895 |
| Unsecured Payments | $33,600 | $33,600 | $33,600 | $33,600 |
| Extraordinary Expenses | $55,000 | $55,000 | $55,000 | $55,000 |
| Vacant Make Readies | $0 | $0 | $0 | $0 |
| Cap Ex Escrow | $76,800 | $76,800 | $76,800 | $76,800 |
| Other Taxes | $0 | $0 | $0 | $0 |
| **Total Other Expense** | $411,696 | $426,295 | $426,295 | $426,295 |
| **Net Other Income/Expense** | $411,696 | $426,295 | $426,295 | $426,295 |
| **Cash Flow** | $112,581 | $153,699 | $176,033 | $217,603 |

Logans Pointe Plan Assumptions

Revenues
Gross Potential Rent- Jan 2011 falls as higher legacy leases expire.  Low market rates for first half of 2011, increasing slowly over the next several years
Discount and Concessions- Have been running as high as 13%.  As occupancy increases, concessions will decrease.  Market competition will impact this the most
Net Delinquency- Currently running at 3%, goal is to reduce to 1.5% or less
Other revenue- expected to average at 9%

Expenses
Payroll- expected to remain the same as the past year for the next year, a 2% rise annually thereafter
Utilities- Estimated to increase 10% annually
Insurance- Estimated to remain the same as last year and then increase 5% annually
Taxes- Estimated to remain the same as last year and then increase 5% annually

| Floor Plan | Plan Type | Posted | Posted GPR | Special | Special GPR | Floor Plan | Plan Type | Posted | Posted GP | Special | Special GPR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 x 1 | 64 | 445 | 28480 | $412 | $26,368 | | | | | |
| B | 1 x 1 | 80 | 465 | 37200 | $430 | $34,427 | | | | | |
| C | 2 x 1 | 24 | 585 | 14040 | $540 | $12,968 | | | | | |
| E | 2 x 1.5 | 40 | 680 | 27200 | $627 | $25,097 | | | | | |
| D | 2 x 2 | 40 | 730 | 29200 | $673 | $26,930 | | | | | |
| F | 3 x2 | 8 | 870 | 6960 | $802 | $6,413 | | | | | |
| | | 256 | 3775 | 143080 | $3,485 | $132,202 | | | | | |

| Floor Plan | Plan Type | Posted | Posted GP | Special | Special GPR |
|---|---|---|---|---|---|
| A 1 x 1 | 64 | 475 | 30400 | $440 | $28,128 |
| B 1 x 1 | 80 | 495 | 39600 | $458 | $36,627 |
| C 2 x 1 | 24 | 645 | 15480 | $595 | $14,288 |
| E 2 x 1.5 | 40 | 665 | 26600 | $614 | $24,547 |
| D 2 x 2 | 40 | 695 | 27800 | $641 | $25,647 |
| F 3 x2 | 8 | 875 | 7000 | $806 | $6,449 |
| | 256 | 3850 | 146880 | $3,554 | $135,685 |

Concession Discount as a percentage     7.6%          Concession Discount as a percentage     7.6%

22 unit rehab potential monthly revenue

24 down unit rehab potential monthly revenue

| Unit | Type | Posted | Special | Unit | Type | Posted | Special |
|---|---|---|---|---|---|---|---|
| 114 | A 1x1 | 475 | 440 | 101 | A 1X1 | 475 | 440 |
| 115 | A 1x1 | 475 | 440 | 102 | A 1X1 | 475 | 440 |
| 305 | A 1x1 | 475 | 440 | 105 | A 1X1 | 475 | 440 |
| 408 | A 1x1 | 475 | 440 | 113 | A 1X1 | 475 | 440 |
| 1303 | A 1x1 | 475 | 440 | 603 | B 1X1 | 495 | 458 |
| 1306 | A 1x1 | 475 | 440 | 607 | B 1X1 | 495 | 458 |
| 1309 | A 1x1 | 475 | 440 | 609 | B 1X1 | 495 | 458 |
| 1316 | A 1x1 | 475 | 440 | 610 | B 1X1 | 495 | 458 |
| 1602 | A 1x1 | 475 | 440 | 611 | B 1X1 | 495 | 458 |
| 1610 | A 1x1 | 475 | 440 | 612 | B 1X1 | 495 | 458 |
| 503 | B 1x1 | 495 | 458 | 613 | B 1X1 | 495 | 458 |
| 904 | B 1x1 | 495 | 458 | 614 | B 1X1 | 495 | 458 |
| 912 | B 1x1 | 495 | 458 | 616 | B 1X1 | 495 | 458 |
| 913 | B 1x1 | 495 | 458 | | | | |
| 1013 | B 1x1 | 495 | 458 | 1115 | B 1X1 | 495 | 458 |
| 1105 | B 1x1 | 495 | 458 | 701 | C 2X1 | 645 | 595 |
| 1107 | B 1x1 | 495 | 458 | 702 | C 2X1 | 645 | 595 |
| 2406 | D 2x2 | 695 | 641 | 703 | C 2X1 | 645 | 595 |
| 2407 | D 2x2 | 695 | 641 | 704 | C 2X1 | 645 | 595 |
| 1703 | E 2x1.5 | 665 | 614 | 706 | C 2X1 | 645 | 595 |
| 2105 | E 2x1.5 | 665 | 614 | 707 | C 2X1 | 645 | 595 |
| 2206 | E 2x1.5 | 665 | 614 | 708 | C 2X1 | 645 | 595 |
| | | 11600 | 10730 | | | | |
| | | | | 1801 | E 2X1.5 | 665 | 614 |
| | | | | | | 12030 | 11119 |

Logans Point Plan 04Jan11_LRS_Annual_2012-2015 formatted revised 16Jan11 version 2

| | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 Units Rehab | | | $46,121 | | | | | | | | | | | | $46,121 |
| 22 Units Extensive Rehab | | | | | $36,376 | $36,376 | $36,376 | | | | | | | | $109,129 |
| Landscaping | | | | | $3,080 | | | | | | | | | | $3,080 |
| Foundations | | | | | $26,978 | | | | | | | | | | $26,978 |
| Initial HVAC | | | | 9185 | | | | | | | | | | | $9,185 |
| Asphalt | | | | $7,260 | | | | | | | | | | | $7,260 |
| Stairs rehab | | | | $4,290 | $4,290 | | | | | | | | | | $8,580 |
| Club Room Rehab | | | | | $7,645 | $7,645 | | | | | | | | | $15,290 |
| Office Remodel | | | | $13,475 | $13,475 | | | | | | | | | | $26,950 |
| Tennis Court Repairs | | | | | $1,485 | | | | | | | | | | $1,485 |
| Pool Area Repairs | | | | | $1,250 | | | | | | | | | | $1,250 |
| Gazebo area rehab | | | | | $3,500 | | | | | | | | | | $3,500 |
| Contengencies 5% | | | | $1,711 | $3,085 | $382 | | | | | | | | | $5,178 |
| | | | | | | | | | | | | | | | |
| Air Conditioners | | | | $19,330 | $19,330 | $19,330 | $19,330 | $19,330 | | | | | | | $96,650 |
| Exterior Paint | | | | | $15,000 | $15,000 | $15,000 | | | | | | | | $45,000 |
| Exterior Carpentry | | | | | $15,000 | $15,000 | $15,000 | $15,000 | | | | | | | $60,000 |
| General Parking lot | | | | | | $10,700 | $10,700 | | | | | | | | $21,400 |
| Playground | | | | | | $10,000 | $10,000 | | | | | | | | $20,000 |
| Grounds Rehab | | | | | $4,250 | $4,250 | $4,250 | $4,250 | | | | | | | $17,000 |
| Lighting | | | | | | $2,500 | $2,500 | | | | | | | | $5,000 |
| Pool area & furniture | | | | | | $3,000 | | | | | | | | | $3,000 |
| Contingencies 5% | | | | $967 | $2,679 | $3,989 | $3,839 | $1,929 | | | | | | | $13,403 |
| Rehab Mgmt Fee | | | | $2,030 | $5,626 | $8,377 | $8,062 | $4,051 | | | | | | | $28,145 |
| | | $0 | $46,121 | $58,247 | $163,049 | $136,550 | $125,057 | $44,560 | $0 | $0 | $0 | $0 | $0 | $0 | $573,584 |