IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| E2 REAL ESTATE PARTNERS III, LLC | § | CASE NO. 10-35718-H5-11 |
| | § | (CHAPTER 11) |
| | § | |
| DEBTOR | § | |

### E2 REAL ESTATE PARTNERS III, LLC'S MOTION FOR MEDIATION
### (HEARING SET FOR MARCH 1, 2011 at 2:00 P.M.)

COMES NOW E2 REAL ESTATE PARTNERS III, LLC, debtor in possession, and pursuant to § 105 of the United States Bankruptcy Code files this its Motion for an Order requiring the Debtor and Fannie Mae to attend mediation regarding the treatment of Fannie Mae's claim under the Debtor's proposed Chapter 11 Plan of Reorganization and all other disputes between the two parties. The Debtor respectfully requests that the parties mediate with United States District Judge Ellison.

WHEREFORE, the Debtor respectfully prays that this motion be granted.

Respectfully submitted,

/s/ Margaret M. McClure
_____
MARGARET M. MCCLURE
State Bar No. 00787997
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333
(713) 658-0334 (facsimile)
Margaret@mmmcclurelaw.com

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served either electronically or by U.S. mail on all parties in interest this the 26th day of February, 2011.

/s/ Margaret M. McClure
_____
**MARGARET M. MCCLURE**